■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN C. ZETH, SR., Appellant. (Appeal No. 2.)—Judgment unanimously reversed on the law and defendant remanded to Chautauqua County Court for further proceedings, in accordance with same memorandum as in *People v Zeth* ([appeal No. 1] 148 AD2d 960 [decided herewith]). (Appeal from judgment of Chautauqua County Court, Adams, J.—burglary, third degree.) Present—Doerr, J. P., Denman, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN C. ZETH, SR., Appellant. (Appeal No. 3.)—Judgment unanimously reversed on the law and defendant remanded to Chautauqua County Court for further proceedings, in accordance with same memorandum as in *People v Zeth* ([appeal No. 1] 148 AD2d 960 [decided herewith]). (Appeal from judgment of Chautauqua County Court, Adams, J.—criminal possession of stolen property, second degree.) Present—Doerr, J. P., Denman, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN C. ZETH, SR., Appellant. (Appeal No. 4.)—Judgment unanimously reversed reversed on the law and defendant remanded to Chautauqua County for further proceedings, in accordance with same memorandum as in *People v Zeth* ([appeal No. 1] 148 AD2d 960 [decided herewith]). (Appeal from judgment of Chautauqua County Court, Adams, J.—assault, second degree; arson, third degree.) Present—Doerr, J. P., Denman, Pine, Balio and Lawton, JJ.